JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HO, an individual<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>BSG SUNFLOWER INVESTMENTS, LLC, a limited liability company<br><br>　　　　Defendant. | Case No.: 8:17-cv-00863-JLS-JCG<br><br>**JUDGMENT FOR PLAINTIFF JOHN HO AGAINST DEFENDANT BSG SUNFLOWER INVESTMENTS, LLC**<br><br>Hon. Josephine L. Staton |

On November 30, 2017, the Court entered an order granting plaintiff John Ho's ("Plaintiff") motion for default judgment against BSG SUNFLOWER INVESTMENTS, LLC ("Defendant"). Consequently,

**IT IS ORDERED AND ADJUDGED**

1. That Plaintiff recover a total sum of $5180.00 from the Defendant, which includes $4,000.00 in statutory damages under the Unruh Civil Rights Act, $600.00 in attorney's fees, and $580.00 in costs; and

2. That Defendant is enjoined from discriminating against individuals with disabilities by failing to remove the following architectural barriers that interfere with the right of the disabled to full and fair access of the Property located at 3725 S Bristol Street, Santa Ana, CA 92704: (1) parking spaces and accompanying access aisles with slopes and/or cross slopes exceeding 2.0%; (2) accessible pathways that are too narrow and/or sloped for disabled individuals to navigate with a wheelchair; and (3) a lack of accessible pathways connecting all public buildings within the Property.

DATED: November 30, 2017

JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE